# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ADRIENNE LEWIS, by and on behalf of the minor child LIYAH ALEXANDRIA JOHNSON, | CIVIL ACTION:  3:16-CV-352-SDD-SCR |
| VERSUS | JUDGE JOHN W. deGRAVELLES |
| EAST BATON ROUGE PARISH; ET AL | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |

## MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, Defendants, Sheriff Sid J. Gautreaux, III, in his individual and official capacity as Sheriff of East Baton Rouge Parish and Lieutenant Colonel Dennis Grimes, Lieutenant Michael Duplessis, Deputy Avery Kujawa, Deputy Dalton Canezaro, and Corporal Cedric Buckner , who respectfully request that this Court review the Motion to Dismiss and dismiss Plaintiff's claims against them with prejudice pursuant to the Federal Rule of Civil Procedure, more particularly 12(b)(6), for failure to state claim upon which relief can be granted, and for the reasons more fully set forth in the accompanying memorandum.

**WHEREFORE**, Defendants pray that after all due proceedings be had, this Motion to Dismiss be granted, and the claims against Defendants, Sheriff Sid J. Gautreaux, III, in his individual and official capacity as Sheriff of East Baton Rouge Parish and Lieutenant Colonel Dennis Grimes, in his individual and official capacity as Warden of the East Baton Rouge Parish Prison, Lieutenant Michael Duplessis, Deputy Avery Kujawa, Deputy Dalton Canezaro, and

Corporal Cedric Buckner (sometimes collectively referred to herein as "Sheriff Defendants"), be dismissed with prejudice.

        Respectfully submitted:

        **ERLINGSON BANKS, PLLC**

        *s/ Catherine S. St. Pierre*
        MARY G. ERLINGSON (#19562)
        CATHERINE S. ST. PIERRE (#18419)
        TARA L. JOHNSTON (#28100)
        One American Place
        301 Main Street, Suite 2110
        Baton Rouge, Louisiana 70801
        Telephone: (225) 218-4446
        Facsimile: (225) 246-2876

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2016 a copy of the foregoing Motion to Dismiss was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system to all counsel of record.

Baton Rouge, Louisiana, this 2nd day of September 2016.

        *s/ Catherine S. St. Pierre*