# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

**ADRIENNE LEWIS, by and on behalf of the minor child, LIYAH ALEXANDRIA JOHNSON**

**VERSUS**

**EAST BATON ROUGE PARISH; SHERIFF SID J GAUTHREAUX, III, ET AL.**

Civil Action: 3:16-CV-352-JWD-RLB

JUDGE JOHN W DEGRAVELLES

MAGISTRATE JUDGE RICHARD BOURGEOIS, JR.

## MOTION FOR LEAVE OF COURT TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT OUT OF TIME

NOW INTO COURT, through undersigned counsel, comes the defendants, Parish of East Baton Rouge, Emergency Medical Services, a Department of the City of Baton Rouge/Parish of East Baton Rouge (hereinafter "EMS"), Prison Medical Services, a division of EMS, (hereinafter "PMS"), Chad Guilliot, in his individual and official capacity as interim director of EMS, and Rintha Simpson, in her individual and official capacities as interim director of medical services for PMS, who respectfully seek leave of Court to file the attached Motion to Dismiss one day out of time.

The reason for this overdue filing is excusable neglect under the circumstances of recent terminations and reactivation of deadlines as a result of the Great Flood of 2016. The plaintiff has not yet filed a default judgment against any of the above-named defendants. On further suggestion, the ends of justice will be best served by granting this Motion for Leave herein.

*[SIGNATURE BLOCK ON FOLLOWING PAGE]*

**Respectfully submitted**
Lea Anne Batson

**/s/ Arthur Howell Andrews**
**Arthur Howeel Andrews (#2480)**
**Sr. Special Assistant Parish Atty.**
222 St. Louis Street, Suite 902
Baton Rouge, LA 70802
Telephone:    (225) 389-3114
Fax:            (225) 389-8736
Email: handrews@brgov.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 2nd, 2016, a copy of the foregoing Memorandum in support of motion to dismiss That was electronically filed with the clerk of Court using the CM/ECF system.  Notice of this filing will be sent by operation of the court's electronic filing system to counsel of record.

Baton Rouge, Louisiana, this 2nd day of September, 2016.

    /s/ Arthur Howell Andrews
ARTHUR HOWELL ANDREWS

2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**ADRIENNE LEWIS, by and on behalf of the minor child, LIYAH ALEXANDRIA JOHNSON**

**VERSUS**

**EAST BATON ROUGE PARISH; SHERIFF SID J GAUTHREAUX, III, ET AL.**

Civil Action: 3:16-CV-352-JWD-RLB

**JUDGE JOHN W DEGRAVELLES**

**MAGISTRATE JUDGE RICHARD BOURGEOIS, JR.**

### ORDER

Considering the foregoing Motion for Leave of Court to File Response to Plaintiff's Complaint Out of Time, filed by defendants, Parish of East Baton Rouge, Emergency Medical Services, a Department of the City of Baton Rouge/Parish of East Baton Rouge (hereinafter "EMS"), Prison Medical Services, a division of EMS, (hereinafter "PMS"), Chad Guilliot, in his individual and official capacity as interim director of EMS, and Rintha Simpson, in her individual and official capacities as interim director of medical services for PMS:

**IT IS HEREBY ORDERED** that leave of Court be granted for the above-named defendants to file their responsive pleading to the Plaintiff's Complaint.

BATON ROUGE, LOUISIANA, this _____ day of _____, 2016.

_____
HONORABLE RICHARD L. BOURGEOIS, JR.
MAGISTRATE JUDGE, MIDDLE DISTRICT OF LOUISIANA

3