UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ADRIENNE LEWIS, by and on behalf      Civil Action: 3:16-CV-352-JWD-RLB
of the minor child, LIYAH
ALEXANDRIA JOHNSON

VERSUS      JUDGE JOHN W DEGRAVELLES

EAST BATON ROUGE PARISH; SHERIFF      MAGISTRATE JUDGE RICHARD
SID J GAUTHREAUX, III, ET AL.      BOURGEOIS, JR.

<u>MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE OF COURT TO FILE
RESPONSE TO PLAINTIFF'S COMPLAINT OUT OF TIME</u>

MAY IT PLEASE THE COURT:

     The Parish of East Baton Rouge, Prison Medical Services, a Division of Emergency

Medical Services, a Department of the City of Baton Rouge/Parish of East Baton Rouge, cited in

the petition, as individual defendant's respectively referred to as "EMS," and "PMS," Chad

Guilliot in his individual and representative capacities, as the Interim Director of EMS, and

Rintha Simpson, in her individual and official capacity, as Interim Director of Medical Services

for PMS, respectfully represents that leave should be granted by this Honorable Court to file an

out-of-time response to the plaintiff's Complaint, Rec. Doc. 1.

     The plaintiff originally filed suit on May 26, 2016,[1] and all above-named defendants

waived service on July 19, 2016.[2]  The defendants' deadline to answer the Plaintiff's Complaint

was set for August 22, 2016.[3]  However, due to the unforeseeable natural events that occurred

between August 12 and 16, 2016, all deadlines falling within the latter portion of August were

terminated and reassigned a filing deadline of September 2, 2016.

     By way of excusable neglect and with the absence of staff, undersigned counsel allowed

the September 2nd deadline pass without filing a responsive pleading in this matter.  Now

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 13-16.
[3] *Id.*

recognizing the deficiency, undersigned counsel respectfully requests that leave be granted to allow the filing of the defendants' Motion to Dismiss one day beyond the responsive pleading deadline.

## LAW & ARGUMENT

In accordance with F.R.C.P. Rule 12(a)(4)(A), a responsive pleading must be filed within fourteen days after notice of the Court's denial of the party's motion.  The courts have broadly defined what constitutes an appearance. *See N.Y. Life Ins. Co. v. Brown,* 84 F.3d 137, 141–42 (construing the definition of "appearing" under Rule 5). A party is considered to have appeared when it indicates "in some way an intent to pursue a defense." *United States v. McCoy,* 954 F.2d 1000, 1003 (5th Cir.1992). Doing so does not require a party to physically appear in court or file a document into the record, but can be accomplished through "a variety of informal acts on defendant's part which are responsive to plaintiff's formal action in court, and which may be regarded as sufficient to give plaintiff a clear indication of defendant's intention to contest the claim." *Sun Bank of Ocala,* 874 F.2d at 276 (internal quotations omitted). The Fifth Circuit has described this as "a relatively low threshold." *N.Y. Life Ins. Co.,* 84 F.3d at 142 (quoiting *McCoy,* 954 F.2d at 1003). The granting leave of Court would not cause any unfair prejudice or undue harm to any party.

Here, the next date after the filing deadline, which is not a legal holiday is Tuesday, September 6, 2016.  The plaintiff is not prejudiced by a grant of leave, and no default has been filed under the extremely short period of time between the deadline and the defendant's request to file.  Accordingly, no prejudice or undue burden would befall any party in granting leave to allow the defendants this opportunity to respond to Rec. Doc. 1.

**WHEREFORE**, the defendants, Parish of East Baton Rouge, Prison Medical Services, a Division of Emergency Medical Services, a Department of the City of Baton Rouge/Parish of East Baton Rouge, cited in the petition, as individual defendant's respectively referred to as "EMS," and "PMS," Chad Guilliot in his individual and representative capacities, as the Interim Director of EMS, and Rintha Simpson, in her individual and official capacity, as Interim Director of Medical Services for PMS, respectfully pray that this Court grant leave to file an out-of-time response to the plaintiff's Complaint, Rec. Doc. 1.

**Respectfully submitted**
**Lea Anne Batson**

**/s/ Arthur Howell Andrews**
**Arthur Howeel Andrews (#2480)**
**Sr. Special Assistant Parish Atty.**
222 St. Louis Street, Suite 902
Baton Rouge, LA 70802
Telephone:    (225) 389-3114
Fax:               (225) 389-8736
Email: handrews@brgov.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on September 2nd, 2016, a copy of the foregoing Memorandum in support of motion to dismiss That was electronically filed with the clerk of Court using the CM/ECF system.  Notice of this filing will be sent by operation of the court's electronic filing system to counsel of record.

Baton Rouge, Louisiana, this 2nd day of September, 2016.

_____/s/ Arthur Howell Andrews____
ARTHUR HOWELL ANDREWS

3