UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ADRIENNE LEWIS, by and on behalf of the minor child LIYAH ALEXANDRIA JOHNSON, | * <br> * C/A No.: 3:16-cv-352-JWD-RLB <br> * |
| Plaintiffs, | * JUDGE John W. deGravelles |
| VERSUS | * |
| EAST BATON ROUGE PARISH; et al. | * MAGISTRATE JUDGE Richard L. <br> * Bourgeois, Jr |
| Defendants. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion for Temporary Exemption from Mandatory Electronic Filing,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the motion is GRANTED, and Plaintiff is permitted to file video and audio labeled "Exhibit B" to Plaintiff's Response in Opposition to Sheriff Defendants' Motion to Dismiss by physically delivering same to the Clerk.

Signed in Baton Rouge, Louisiana, on November 1, 2016.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**