**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ADRIENNE LEWIS, by and on behalf of the minor child LIYAH ALEXANDRIA JOHNSON,** | **CIVIL ACTION:  3:16-CV-352-SDD-SCR** |
| | **JUDGE JOHN W. deGRAVELLES** |
| **VERSUS** | |
| | **MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR.** |
| **EAST BATON ROUGE PARISH; SHERIFF SID J. GAUTREAUX, III, ET AL** | |

**MEMORANDUM IN SUPPORT MOTION FOR LEAVE
TO FILE REPLY MEMORANDUM IN EXCESS OF LOCAL RULE 7(G) LIMIT**

**MAY IT PLEASE THE COURT:**

Local Civil Rule 7(g) provides that reply memoranda shall not exceed five pages.  The Plaintiff's Response in Opposition to Sheriff Defendants' Motion to Dismiss involves complex legal issues of 42 U.S.C. §1983. These issues require a thorough and precise discussion that requires more than five pages of Memorandum.

The defendants, Sheriff Sid J. Gautreaux, III, Lieutenant Colonel Dennis Grimes, Lieutenant Michael Duplessis, Deputy Avery Kujawa, Deputy Dalton Canezaro, and Corporal Cedric Buckner, proposed Reply Memorandum attached hereto as Exhibit "A" contains eight pages of argument and nine pages in total.  Defendants respectfully request that this Honorable Court grant an extension of the page limit imposed by Local Civil Rule 7(g).

**WHEREFORE**, Defendants pray that they be granted leave to file a reply memorandum that exceeds the page limitation of Local Rule 7(g).

1

Respectfully submitted:

**ERLINGSON BANKS, PLLC**
*s/Catherine S. St. Pierre*
MARY G. ERLINGSON (#19562)
CATHERINE S. ST. PIERRE (#18419)
TARA L. JOHNSTON (#28100)
One American Place
301 Main Street, Suite 2110
Baton Rouge, Louisiana 70801
Telephone:  (225) 218-4446
Facsimile: (225) 246-2876

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2016, a copy of the foregoing Memorandum in Support of Motion for Leave to File Reply Memorandum in Excess of Local Civil Rule 7 (g) Limit was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent by operation of the court's electronic filing system to counsel of record.

Baton Rouge, Louisiana, this  9th  day of November 2016.

*s/ Catherine St. Pierre*
Catherine St. Pierre