**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| ADRIENNE LEWIS, by and on behalf of the minor child LIYAH ALEXANDRIA JOHNSON, | * * * * | C/A No.: 3:16-cv-352-JWD-RLB |
| Plaintiffs, | * * * | JUDGE: John W. deGravelles |
| VERSUS | * | |
| EAST BATON ROUGE PARISH; et al. | * * | MAGISTRATE JUDGE: Richard L. Bourgeois, Jr |
| Defendants. | * * * * | |
| ******************************** | | |

**MOTION TO DEFER OR DENY CITY OF BATON ROUGE/PARISH OF EAST BATON ROUGE'S MOTION FOR SUMMARY JUDGMENT PENDING DISCOVERY**

COMES NOW, Plaintiff, Adrienne Lewis, by and on behalf of the minor child Liyah Alexandria Johnson, by and through counsel, pursuant to Fed. R. Civ. P. 56(d), and respectfully requests that this Honorable Court defer or deny the pending Motion for Summary Judgment ("Motion") filed by Defendant City of Baton Rouge/Parish of East Baton Rouge ("City/Parish") pending discovery in this matter.

As grounds, Plaintiff states the following:

1. On May 26, 2016, Plaintiff filed a Complaint alleging the Defendant City/Parish and others violated the rights of Lamar Johnson when he was in the East Baton Rouge Parish Prison ("EBRPP").[1]

2. On September 23, 2016, Plaintiff filed an Amended Complaint.[2]

---

[1] Rec Doc 1

[2] Rec Doc 27

3. All of the Defendants have filed motions to dismiss Plaintiff's Amended Complaint.[3]

4. As a result of the Defendants' motions to dismiss, no discovery has been conducted in this matter.[4]

5. Even though no discovery has been conducted, Plaintiff has provided factual support for her claims that the conditions of confinement at EBRPP are unconstitutional, medical and mental health care is denied to detainees at EBRPP, and that the unconstitutional conditions and denial of mental health care led to the death of Mr. Johnson.[5]

6. As is shown in the attached memorandum in support and sworn affidavit, there is more than "a plausible basis for believing that specified facts, susceptible of collection within a reasonable time frame, probably exist and indicate how the emergent facts, if adduced, will influence the outcome of the pending summary judgment motion." *American Family Life Assur. Co. of Columbus v. Biles*, 714 F.3d 887, 894 (5th Cir. 2013) (citations omitted). In addition, the law is clear that summary judgment should not be granted before discovery is complete, especially where, as here, Plaintiff is "not seeking additional discovery, but discovery at all." *Xerox Corp. v. Genmoora Corp.*, 888 F.2d 345, 354 (5th Cir. 1989) (citations omitted).

**WHEREFORE,** Plaintiff prays that this motion be granted, and that the Defendant City/Parish's Motion for Summary Judgment be deferred or denied and she be granted discovery in this matter.

---

[3] *See*, Rec Doc 32 (Motion to Dismiss filed by Defendants Sheriff Gautreaux, Warden Grimes, Lt. Duplessis, Corp. Buckner, and Deputies Kuwaja and Canezaro), Rec Doc 45 (Motion to Dismiss filed by Defendant City of Baton Rouge/Parish of East Baton Rouge), Rec Doc 48 (Motion to Dismiss filed by Defendants Corp. Robb and Deputy Broadway), and Rec Doc 55 (Motion to Dismiss filed by Defendants Columbia Casualty Company).

[4] *See*, Rec Doc 29 (Order cancelling scheduling conference and advising parties that the Court will notify the parties if limited discovery is needed prior to ruling on the motions to dismiss).

[5] Rec Doc 38-3

This 6th day of March, 2017.

Respectfully submitted,

WOOLF LAW FIRM

/s/ *David J. Utter*
DAVID J. UTTER
Louisiana Bar Number: 23236

408 East Bay Street
Savannah, Georgia 31401
(912) 201-3696 Telephone
(912) 236-1884 Facsimile
utter@woolflawfirm.net

THE CLAIBORNE FIRM, P.C.

/s/ *William R. Claiborne*
WILLIAM R. CLAIBORNE
Georgia Bar Number: 126363
*Appearing Pro Hac Vice*

410 East Bay Street
Savannah, Georgia 31401
(912) 236-9559 Telephone
(912) 236-1884 Facsimile
will@claibornefirm.com

**ATTORNEYS FOR PLAINTIFF**

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| ADRIENNE LEWIS, by and on behalf of the minor child LIYAH ALEXANDRIA JOHNSON, | * * * | C/A No.: 3:16-cv-352-JWD-RLB |
| Plaintiffs, | * * | JUDGE John W. deGravelles |
| VERSUS | * * | |
| EAST BATON ROUGE PARISH; et al. | * * | MAGISTRATE JUDGE Richard L. Bourgeois, Jr |
| Defendants. | * * * | |
| ******************************* | * | |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion to Defer or Deny City of Baton Rouge/Parish of East Baton Rouge's Motion for Summary Judgment Pending Discovery. Notice of this filing will be sent by operation of the court's electronic filing system to counsel of record.

This 6th day of March, 2017.

WOOLF LAW FIRM

/s/ *David J. Utter*
DAVID J. UTTER
Louisiana Bar Number: 23236

408 East Bay Street
Savannah, Georgia 31401
(912) 201-3696 Telephone
(912) 236-1884 Facsimile
utter@woolflawfirm.net

*Attorney for Plaintiff*