**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| ADRIENNE LEWIS, by and on behalf of the minor child LIYAH ALEXANDRIA JOHNSON, | * * * | C/A No.: 3:16-cv-352-JWD-RLB |
| Plaintiffs, | * * | JUDGE: John W. deGravelles |
| VERSUS | * * | |
| EAST BATON ROUGE PARISH; et al. | * * | MAGISTRATE JUDGE: Richard L. Bourgeois, Jr |
| Defendants. | * * * | |
| ****************************** | * | |

**ORDER**

The Court having reviewed and considered Plaintiff's Motion and Memorandum in Support to Defer or Deny City of Baton Rouge/Parish of East Baton Rouge's Motion for Summary Judgment Pending Discovery, the same is hereby **GRANTED.**

SO ORDERED this ________day of ______________________, 2017.

______________________________
Judge John W. deGravelles
Magistrate Judge Richard L. Bourgeois, Jr.
U.S. District Court for the Middle District of Louisiana