UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ADRIENNE LEWIS, by and on behalf of the minor child, LIYAH ALEXANDRIA JOHNSON**

**VERSUS**

**EAST BATON ROUGE PARISH, ET AL.**

**CIVIL ACTION**

**NO. 16-352-JWD-RLB**

## ORDER

The Court notes that this matter is set for a settlement conference on March 13, 2020, before Magistrate Judge Richard L. Bourgeois.  In order to allow the parties time to attempt to resolve this matter,

**IT IS ORDERED** that the clerk shall stay and administratively close this action in his records for approximately thirty days in his records from the date of this order. **All deadlines currently set in this matter shall remain set**, including the settlement conference set before **Magistrate Judge Richard L. Bourgeois** on **March 13, 2020,** at **10:00 a.m.**  The parties are directed to advise this Court if this matter does or does not settle.

Signed in Baton Rouge, Louisiana, on March 5, 2020.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**