# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**ADRIENNE LEWIS, by and on behalf**                    **CIVIL ACTION**
**of the minor child LIYA ALEXANDRIA**
**JOHNSON**

                                                        **NO. 16-352-JWD-RLB**

**VERSUS**

**EAST BATON ROUGE PARISH, ET AL.**

## <u>ORDER</u>

A settlement conference was held on **July 8, 2020** via video teleconference.  After a period of negotiations, the parties were able to reach a settlement in principle, subject to certain required third-party approvals.  The court will enter a 60-day dismissal order in this matter.

Signed in Baton Rouge, Louisiana, on July 8, 2020.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**

C: cv33a: T:03:30